**Randolph J. GREENE, Appellant**

v.

**DISTRICT OF COLUMBIA,
et al., Appellees.**

**No. 08–7143.**

United States Court of Appeals,
District of Columbia Circuit.

Aug. 3, 2009.

Randolph J. Greene, Washington, DC, for Plaintiff–Appellant.

Donna M. Murasky, Senior Assistant Attorney General, Carl James Schifferle, Assistant Corporation Counsel, Office of the Attorney General for the District of Columbia Office of the Solicitor General, Robin Alexander, University of the District of Columbia, Washington, DC, for Defendant–Appellee.

Before SENTELLE, Chief Judge, and TATEL and BROWN, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 3, 2008, be affirmed. The district court properly denied as untimely appellant's motion to vacate the judgment pursuant to Fed. R.Civ.P. 60(b)(1). Motions made pursuant to Fed.R.Civ.P. 60(b)(1) must be made within one year of entry of the relevant judgment or order, and subsequent appeals do not toll the time for filing such a motion. *See Williamsburg Wax Museum, Inc. v. Historic Figures, Inc.,* 810 F.2d 243, 248 (D.C.Cir.1987) (holding that a November 1984 motion filed pursuant to Fed. R.Civ.P. 60(b)(1) to amend a September 1982 district court judgment was untimely, even though this court's decision on appeal had been entered in February 1984 and certiorari denied in October 1984).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.